**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00507-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  TIMOTHY WAYNE LEE,

      Defendant.

**ORDER DISCLOSING GRAND JURY MATERIAL**

**Blackburn, J.**

      The matter is before me on the **Government's Motion To Disclose Grand Jury Material To Defendant** [#16] filed December 1, 2010.  After reviewing the motion and the file, I conclude that the motion should be granted.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That the **Government's Motion To Disclose Grand Jury Material To Defendant** [#16] filed December 1, 2010, is **GRANTED**;

      2.  That the grand jury transcripts and documents may be disclosed to the defendant and his attorney in the course of discovery in this case; and

      3.  That such materials shall only be used in defending this case; that such materials shall be disclosed only to the defendant and his attorney; that the defense attorney shall maintain custody of such materials and shall not reproduce or disseminate the same.

      Dated December 1, 2010, at Denver, Colorado.

      **BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge