**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00507-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  TIMOTHY WAYNE LEE,

      Defendant.

---

**MINUTE ORDER**[1]

---

      Due to a conflict arising on the court's calendar, the status conference set for May 6, 2011, at 1:30 p.m., is **VACATED** at this time and **RESET** to **2:00 p.m.** on May 6, 2011.  That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

      Dated:  May 3, 2011

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.