# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 10-cr-00507-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. TIMOTHY WAYNE LEE,

    Defendant.

---

## MINUTE ORDER[1]

---

The matter is before the court *sua sponte*.  On June 17, 2011, the court received a **Notice of Disposition and Motion Requesting Change of Plea Hearing** [#4], in another criminal case involving the defendant,11-cr-00237-REB.  In his notice, defendant requested to have his change of plea hearing set with the change of plea hearing in 10-cr-00507 on June 21, 2011.  10-cr-00507 was previously set for a joint change of plea with 11-cr-00085.  As a result, the court is unable to accommodate defendant's request in 11-cr-00237 to have simultaneous change of pleas in his criminal cases.  However, the court will conduct defendant's change of pleas in both of his cases simultaneously.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the change of plea hearing set for June 21, 2011, is **VACATED** and is **CONTINUED** pending further order of court;

    2.  That on **June 21, 2011**, commencing at 9:00 a.m., the court shall conduct a telephonic setting conference to set a change of plea hearing in both case 10-cr-00507-REB, and 11-cr-00237; and

    3.  That counsel for the government shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference.

    Dated:  June 17, 2011

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.