**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00507-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. TIMOTHY WAYNE LEE,

    Defendant.

---

**AMNEDED
MINUTE ORDER**[1]

---

The matter is before the court *sua sponte*.  On June 21, 2011, the court entered a **Minute Order** [#26] resetting the date and time for the change of plea.  The court notes thatn in paragraph 1 of the order, it is indicated that on July 12, 2011, the court will conduct a sentencing hearing.  This was in error.  The order should have indicated that on July 12, 2011, the court would be conducting the change of plea hearing.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the court's **Minute Order** [#26] entered June 21, 2011, is **AMENDED** to reflect that on July 12, 2011, the court shall conduct a change of plea hearing; and

2.  That the court's **Minute Order** [#26] entered June 21, 2011, is amended accordingly to the limited extent necessary to facilitate and implement this order.

Dated:  June 23, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.