**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00507-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. TIMOTHY WAYNE LEE,

      Defendant.

**MINUTE ORDER**[1]

At the request of the probation department, and there being no objection by the parties, the sentencing hearing set for November 4, 2011, is **VACATED** and **CONTINUED** to **December 2, 2011**, at 2:30 p.m.  That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

      Dated:  October 3, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.